Argued and submitted December 16, 1996, reversed and remanded for
reconsideration March 5, 1997

In the Matter of the Compensation of
Ernest C. Vroman, Claimant.
Ernest C. VROMAN,
*Petitioner,*

*v.*

JERRY HARRIS LOGGING
and SAIF Corporation,
*Respondents.*

(WCB No. 95-09487; CA A92953)

934 P2d 1138

Meagan A. Flynn argued the cause for petitioner. With
her on the brief was Pozzi Wilson Atchison.

Michael O. Whitty argued the cause and filed the brief for
respondents.

Before Riggs, Presiding Judge, and Landau and Leeson,
Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Hadley v.
Cody Hindman Logging*, 144 Or App 157, 925 P2d 158
(1996).